**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In the Matter of:

Jill Eidson

          Debtor(s)

Chapter 13

Case No. 24-11815-KHK

**ORDER DISALLOWING CLAIM**

      The Trustee, Thomas P. Gorman, having filed his Objection to Claim asking to disallow or reduce the amount of those claims as are set out in his Objection; Notice having been given to the Claimant and no response having been received either by this Court or the Trustee in regard to this Objection, it is

      ORDERED, that Claim No. 16 filed by Atlantic Union Bank in the amount of $2.436.93 be disallowed in this proceeding.

Mar 28 2025

/s/ Klinette H Kindred
_____
Klinette H. Kindred
United States Bankruptcy Judge

I Ask For This:

Entered On Docket: Mar 28 2025

__/s/ Thomas P. Gorman_____
Thomas P. Gorman, Trustee
1414 Prince Street, Suite 202
Alexandria, VA 22314
(703) 836-2226
VSB #26421

Order Disallowing Claim, Page 2
24-11815-KHK, Jill Eidson

<u>Local Rule 9022-1(C) Certification</u>

The foregoing Order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

<u>/s/ Thomas P. Gorman</u>
Thomas P. Gorman, Chapter 13 Trustee

**PARTIES TO RECEIVE COPIES**

Jill Eidson
Chapter 13 Debtor
11144 Eagle Ct
Bealeton, VA  22712

Daniel M. Press, Esquire
Attorney for Debtor
Chung & Press, P.C.
6718 Whittier Ave. Ste. 200
Mclean, VA  22101

Atlantic Union Bank
PO Box 176
Blacksburg, VA  24063

John C. Asbury, CEO
Atlantic Union Bank
1051 E. Cary St., Ste. 103
Richmond City, VA 23219

Thomas P. Gorman
Chapter 13 Trustee
1414 Prince Street, Suite 202
Alexandria, VA  22314