UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

Jill Eidson

Chapter 13

Case No. 24-11815-KHK

Debtor(s)

### ORDER DISALLOWING CLAIM

    The Trustee, Thomas P. Gorman, having filed his Objection to Claim asking to disallow or reduce the amount of those claims as are set out in his Objection; Notice having been given to the Claimant and no response having been received either by this Court or the Trustee in regard to this Objection, it is

    ORDERED, that Claim No. 16 filed by Atlantic Union Bank in the amount of $2.436.93 be disallowed in this proceeding.

Mar 28 2025

/s/ Klinette H Kindred
_____
Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Mar 28 2025

I Ask For This:

__/s/ Thomas P. Gorman_____
Thomas P. Gorman, Trustee
1414 Prince Street, Suite 202
Alexandria, VA 22314
(703) 836-2226
VSB #26421

Order Disallowing Claim, Page 2
24-11815-KHK, Jill Eidson

Local Rule 9022-1(C) Certification

The foregoing Order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee

**PARTIES TO RECEIVE COPIES**

Jill Eidson
Chapter 13 Debtor
11144 Eagle Ct
Bealeton, VA  22712

Daniel M. Press, Esquire
Attorney for Debtor
Chung & Press, P.C.
6718 Whittier Ave. Ste. 200
Mclean, VA  22101

Atlantic Union Bank
PO Box 176
Blacksburg, VA  24063

John C. Asbury, CEO
Atlantic Union Bank
1051 E. Cary St., Ste. 103
Richmond City, VA 23219

Thomas P. Gorman
Chapter 13 Trustee
1414 Prince Street, Suite 202
Alexandria, VA  22314

United States Bankruptcy Court
Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 24-11815-KHK |
| Jill Eidson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0422-9    User: JillGlenn    Page 1 of 2
Date Rcvd: Mar 28, 2025    Form ID: pdford2    Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jill Eidson, 11144 Eagle Ct, Bealeton, VA 22712-2000 |
| | + John C. Asbury, CEO, Atlantic Union Bank, 1051 E. Cary St., Ste. 103, Richmond City, VA 23219-4029 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 16625794 | Email/Text: bankruptcy@atlanticunionbank.com | Mar 29 2025 00:35:00 | Atlantic Union Bank, PO Box 176, Blacksburg, VA 24063 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 30, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Jill Eidson dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Richard Derrick Painter | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bankruptcyva@mwc-law.com |

District/off: 0422-9                               User: JillGlenn                                      Page 2 of 2
Date Rcvd: Mar 28, 2025                            Form ID: pdford2                                    Total Noticed: 3

Thomas P. Gorman
                            ch13alex@gmail.com  tgorman26@gmail.com

TOTAL: 4