**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that McCabe, Weisberg & Conway, LLC, by counsel, hereby provides notice that Richard Painter (VSB # 90146) withdraws as counsel from the cases on the attached Exhibit as of the day of this Notice.

PLEASE TAKE FURTHER NOTICE additionally that Michael T. Cantrell, Esq. (VSB # 92814), an attorney who continues to be employed by McCabe, Weisberg & Conway, LLC, is substituted as counsel in the place of Richard Painter, Esq. in the cases listed on the attached Exhibit.

All further pleadings, orders and notices should be sent to substitute counsel.

       Respectfully submitted,
       McCabe, Weisberg & Conway, LLC

       */s/ Richard Painter, Esq.*
       Richard Painter, Esq.
       Bar No. 90146

       */s/ Michael T. Cantrell, Esq*
       Michael T. Cantrell, Esq.
       Attorney for Movant
       Bar No. 92814
       McCabe, Weisberg & Conway, LLC
       312 Marshall Avenue, Suite 800
       Laurel, MD 20707
       301-490-3361
       bankruptcymd@mwc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April, 2025, a copy of the foregoing Notice was electronically transmitted by the Court's electronic mailing system to all parties registered.

       */s/ Richard Painter, Esq.*
       Richard Painter, Esq.

| caseId | caseNumber | caseYear | courtId | firstName | lastName | middleName | partyRole | bankrup | caseNumberFull | caseOffice | caseTitle | caseType | dateFiled |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 767728 | 50774 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 4:2024bk50774 | 4 | Tyffani Joy Nichole B | bk | 10/15/2024 |
| 767815 | 33897 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2024bk33897 | 3 | Calvin Jackson | bk | 10/17/2024 |
| 767530 | 72155 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2024bk72155 | 2 | April Gardenia Winst | bk | 10/7/2024 |
| 766655 | 71948 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2024bk71948 | 2 | Doris Ann Hawkins | bk | 9/11/2024 |
| 767407 | 50743 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 4:2024bk50743 | 4 | Celestino Felix and A | bk | 10/3/2024 |
| 768387 | 72352 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2024bk72352 | 2 | Michael David Wheel | bk | 11/1/2024 |
| 768536 | 50838 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 4:2024bk50838 | 4 | James Edward Durie | bk | 11/7/2024 |
| 751375 | 70630 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2023bk70630 | 2 | Frank Daniel Clemer | bk | 4/4/2023 |
| 735382 | 11138 | 2021 | vaebk | Richard | Painter | Derrick | aty | 13 | 1:2021bk11138 | 1 | Patrick William Pinte | bk | 6/24/2021 |
| 675247 | 33921 | 2017 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2017bk33921 | 3 | Jennell Dunn Snead | bk | 8/4/2017 |
| 682821 | 30267 | 2018 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2018bk30267 | 3 | Tyrone Aaron Goins, | bk | 1/19/2018 |
| 689782 | 32863 | 2018 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2018bk32863 | 3 | Clinton Eugene Frazi | bk | 6/1/2018 |
| 691570 | 33514 | 2018 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2018bk33514 | 3 | Robin M. Aldridge | bk | 7/9/2018 |
| 697399 | 35676 | 2018 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2018bk35676 | 3 | Joshua Brandon and | bk | 11/12/2018 |
| 697963 | 13960 | 2018 | vaebk | Richard | Painter | Derrick | aty | 13 | 1:2018bk13960 | 1 | Virginia Tisino | bk | 11/26/2018 |
| 699909 | 30135 | 2019 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2019bk30135 | 3 | Ronald Allen Newton | bk | 1/10/2019 |
| 702485 | 31125 | 2019 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2019bk31125 | 3 | Massa H. Watson-Ve | bk | 3/5/2019 |
| 706523 | 32639 | 2019 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2019bk32639 | 3 | Michael J. Vitale and | bk | 5/16/2019 |
| 707573 | 33021 | 2019 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2019bk33021 | 3 | Candace S. Hembric | bk | 6/6/2019 |
| 708644 | 33415 | 2019 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2019bk33415 | 3 | Joseph B. Marsala, Jr | bk | 6/28/2019 |
| 710250 | 34000 | 2019 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2019bk34000 | 3 | Sharon D Ross | bk | 8/1/2019 |
| 710650 | 12644 | 2019 | vaebk | Richard | Painter | Derrick | aty | 13 | 1:2019bk12644 | 1 | Qadeer Ahmed | bk | 8/9/2019 |
| 711428 | 34454 | 2019 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2019bk34454 | 3 | Katina Latrice Gillian | bk | 8/26/2019 |
| 711498 | 34479 | 2019 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2019bk34479 | 3 | Charles Winston, Jr. | bk | 8/27/2019 |
| 715309 | 35935 | 2019 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2019bk35935 | 3 | Jacqueline Phillips H | bk | 11/11/2019 |
| 701172 | 30609 | 2019 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2019bk30609 | 3 | Bonnie Jane Brown | bk | 2/5/2019 |
| 715597 | 36047 | 2019 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2019bk36047 | 3 | Thomas D. Delbridge | bk | 11/18/2019 |
| 716205 | 36274 | 2019 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2019bk36274 | 3 | Shelia Yvonne Davis | bk | 12/2/2019 |
| 714068 | 35497 | 2019 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2019bk35497 | 3 | Shelia L Broaddus | bk | 10/17/2019 |
| 716882 | 74617 | 2019 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2019bk74617 | 2 | Stephen Emanuel Br | bk | 12/16/2019 |
| 716212 | 13924 | 2019 | vaebk | Richard | Painter | Derrick | aty | 13 | 1:2019bk13924 | 1 | Edgar Martinez | bk | 12/2/2019 |
| 716477 | 36369 | 2019 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2019bk36369 | 3 | Steven Anthony Henr | bk | 12/6/2019 |
| 716897 | 36524 | 2019 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2019bk36524 | 3 | Michael A Dixon, Sr. | bk | 12/16/2019 |
| 717739 | 30119 | 2020 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2020bk30119 | 3 | Whitney Laine Rollin | bk | 1/8/2020 |
| 718499 | 30407 | 2020 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2020bk30407 | 3 | William W.M. Spanio | bk | 1/27/2020 |
| 717876 | 10102 | 2020 | vaebk | Richard | Painter | Derrick | aty | 13 | 1:2020bk10102 | 1 | Bilise Tesemma | bk | 1/12/2020 |
| 719192 | 30677 | 2020 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2020bk30677 | 3 | Thomas Wayne Donc | bk | 2/7/2020 |
| 721389 | 70998 | 2020 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2020bk70998 | 2 | Richard Manny Brow | bk | 3/19/2020 |
| 721462 | 50432 | 2020 | vaebk | Richard | Painter | Derrick | aty | 13 | 4:2020bk50432 | 4 | Charles William Bruc | bk | 3/20/2020 |
| 721512 | 31642 | 2020 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2020bk31642 | 3 | Gary D. Mitchell and | bk | 3/23/2020 |
| 721679 | 31696 | 2020 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2020bk31696 | 3 | Mark Albert Hovanec | bk | 3/26/2020 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 740951 | 10192 | 2022 | vaebk | Richard | Painter | Derrick | aty | 13 | 1:2022bk10192 | 1 | Craig William Donov bk | 2/22/2022 |
| 741177 | 70315 | 2022 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2022bk70315 | 2 | Tirrell Markey Eley  bk | 3/3/2022 |
| 741576 | 30706 | 2022 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2022bk30706 | 3 | Gregory Donald Harg bk | 3/20/2022 |
| 732255 | 30802 | 2021 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2021bk30802 | 3 | Christopher Ray Hod bk | 3/11/2021 |
| 738166 | 72000 | 2021 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2021bk72000 | 2 | Donald Lee Ellis, Jr. a bk | 10/20/2021 |
| 730538 | 30095 | 2021 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2021bk30095 | 3 | Jeffrey Paul Allison a bk | 1/13/2021 |
| 740804 | 70211 | 2022 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2022bk70211 | 2 | Theresa Ann Morris  bk | 2/16/2022 |
| 738086 | 11734 | 2021 | vaebk | Richard | Painter | Derrick | aty | 13 | 1:2021bk11734 | 1 | Francisco Antonio Co bk | 10/18/2021 |
| 742480 | 31051 | 2022 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2022bk31051 | 3 | James Alexander Co bk | 4/21/2022 |
| 738438 | 11809 | 2021 | vaebk | Richard | Painter | Derrick | aty | 13 | 1:2021bk11809 | 1 | Timothy A Anderson  bk | 10/28/2021 |
| 739724 | 33811 | 2021 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2021bk33811 | 3 | Joanne Angel Harrell bk | 12/20/2021 |
| 743374 | 10671 | 2022 | vaebk | Richard | Painter | Derrick | aty | 13 | 1:2022bk10671 | 1 | Celina M Yaya        bk | 5/27/2022 |
| 739888 | 33862 | 2021 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2021bk33862 | 3 | Johnathan Carlyle Sa bk | 12/29/2021 |
| 722317 | 50538 | 2020 | vaebk | Richard | Painter | Derrick | aty | 13 | 4:2020bk50538 | 4 | Tracy Lorenzo Eaton bk | 4/15/2020 |
| 743538 | 31500 | 2022 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2022bk31500 | 3 | Leonard Bernard Rai bk | 6/6/2022 |
| 743862 | 31630 | 2022 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2022bk31630 | 3 | Alice Michelle Parso bk | 6/20/2022 |
| 740755 | 30351 | 2022 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2022bk30351 | 3 | Miranda Monique Cr bk | 2/14/2022 |
| 727797 | 34080 | 2020 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2020bk34080 | 3 | Donna Taylor        bk | 10/6/2020 |
| 730694 | 30154 | 2021 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2021bk30154 | 3 | Stan Eli Hornstein an bk | 1/19/2021 |
| 736406 | 32423 | 2021 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2021bk32423 | 3 | Monica DeEtte Willia bk | 8/6/2021 |
| 733312 | 31229 | 2021 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2021bk31229 | 3 | Marie Catherine Thor bk | 4/13/2021 |
| 744783 | 10978 | 2022 | vaebk | Richard | Painter | Derrick | aty | 13 | 1:2022bk10978 | 1 | Marian L Stiffler     bk | 7/27/2022 |
| 729550 | 34761 | 2020 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2020bk34761 | 3 | John M Johnson and  bk | 12/4/2020 |
| 732990 | 70694 | 2021 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2021bk70694 | 2 | Jennifer Nicola Sylvia bk | 4/1/2021 |
| 745628 | 32381 | 2022 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2022bk32381 | 3 | Ronald Tyrone Lower bk | 8/30/2022 |
| 745354 | 32269 | 2022 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2022bk32269 | 3 | Brian Levon Wyatt    bk | 8/18/2022 |
| 745682 | 32398 | 2022 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2022bk32398 | 3 | Gavin Christopher La bk | 8/31/2022 |
| 746044 | 71567 | 2022 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2022bk71567 | 2 | Sonya Lynette Ricks  bk | 9/14/2022 |
| 745559 | 32355 | 2022 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2022bk32355 | 3 | Cindy L. Dillon       bk | 8/26/2022 |
| 746479 | 50639 | 2022 | vaebk | Richard | Painter | Derrick | aty | 13 | 4:2022bk50639 | 4 | Brittany Ann Hull    bk | 9/30/2022 |
| 729134 | 51199 | 2020 | vaebk | Richard | Painter | Derrick | aty | 13 | 4:2020bk51199 | 4 | Rodney Bullock, Sr.  bk | 11/18/2020 |
| 747772 | 33307 | 2022 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2022bk33307 | 3 | Shauna Brooks       bk | 11/18/2022 |
| 747539 | 33204 | 2022 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2022bk33204 | 3 | Erica LaKeisha Hilton bk | 11/10/2022 |
| 747899 | 33348 | 2022 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2022bk33348 | 3 | Bonnie Sue Childs    bk | 11/22/2022 |
| 729904 | 34893 | 2020 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2020bk34893 | 3 | Justin Randal Jones a bk | 12/17/2020 |
| 748199 | 72050 | 2022 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2022bk72050 | 2 | James William Bryan bk | 12/7/2022 |
| 748219 | 33469 | 2022 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2022bk33469 | 3 | Jeremy Robert Vrade bk | 12/7/2022 |
| 760699 | 70442 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2024bk70442 | 2 | Stacey Shelbra Kenn bk | 3/4/2024 |
| 732383 | 50211 | 2021 | vaebk | Richard | Painter | Derrick | aty | 13 | 4:2021bk50211 | 4 | Sandra Houle Bradsh bk | 3/16/2021 |
| 748667 | 33666 | 2022 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2022bk33666 | 3 | Heather Hicks Garret bk | 12/29/2022 |
| 748735 | 30005 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2023bk30005 | 3 | SeyedMohammadAli bk | 1/2/2023 |
| 749038 | 30125 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2023bk30125 | 3 | Lanny Dean Gantz, Jr bk | 1/16/2023 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 750003 | 50126 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 4:2023bk50126 | 4 Brenda Darlene Whit bk | 2/20/2023 |
| 749412 | 10154 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 1:2023bk10154 | 1 Cornella Carter-Tayl bk | 1/30/2023 |
| 750324 | 30714 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2023bk30714 | 3 Lloyd Alan Quinn bk | 3/1/2023 |
| 750416 | 30754 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2023bk30754 | 3 Doneal Johnson and bk | 3/6/2023 |
| 750915 | 30973 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2023bk30973 | 3 William Richard Cow bk | 3/21/2023 |
| 751123 | 31062 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2023bk31062 | 3 Susan Renee Pearso bk | 3/28/2023 |
| 751992 | 50301 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 4:2023bk50301 | 4 Daphney Lynn Manor bk | 4/25/2023 |
| 752489 | 10795 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 1:2023bk10795 | 1 Shafi Mohammed Ba bk | 5/11/2023 |
| 752943 | 50388 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 4:2023bk50388 | 4 Emily Lorene Patters bk | 5/26/2023 |
| 753240 | 71109 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2023bk71109 | 2 Irma Torres-Minney bk | 6/7/2023 |
| 753516 | 71166 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2023bk71166 | 2 Keshanda Vernell Ga bk | 6/19/2023 |
| 753680 | 32177 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2023bk32177 | 3 Sean I. Tinsley bk | 6/23/2023 |
| 753964 | 32303 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2023bk32303 | 3 James Konrad Daven bk | 7/6/2023 |
| 754112 | 71300 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2023bk71300 | 2 Sabrina Ann Davis bk | 7/13/2023 |
| 754223 | 32434 | 2023 | vaebk | Richard | Painter | Derrick | aty | 7 | 3:2023bk32434 | 3 Niles A. Goode bk | 7/17/2023 |
| 754703 | 71435 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2023bk71435 | 2 Jason F. Gross and A bk | 8/3/2023 |
| 754870 | 71480 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2023bk71480 | 2 LeAndra Alexis Sprui bk | 8/9/2023 |
| 755222 | 71569 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2023bk71569 | 2 Christopher John Set bk | 8/23/2023 |
| 741382 | 70363 | 2022 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2022bk70363 | 2 Steven Alan Kayer an bk | 3/11/2022 |
| 755553 | 71649 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2023bk71649 | 2 Nathaniel Howard bk | 9/5/2023 |
| 755680 | 71677 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2023bk71677 | 2 Daniel Andrich Cuba bk | 9/8/2023 |
| 745241 | 50514 | 2022 | vaebk | Richard | Painter | Derrick | aty | 13 | 4:2022bk50514 | 4 George Keith Bradsh bk | 8/12/2022 |
| 757061 | 33698 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2023bk33698 | 3 Christopher David M bk | 10/25/2023 |
| 757378 | 33836 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2023bk33836 | 3 Jacquelyn Renee Mc( bk | 11/3/2023 |
| 756774 | 11680 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 1:2023bk11680 | 1 Denise Elizabeth Bili bk | 10/16/2023 |
| 757668 | 50831 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 4:2023bk50831 | 4 Corey Lee Condon a bk | 11/15/2023 |
| 760792 | 50161 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 4:2024bk50161 | 4 Andrew Michael Sho bk | 3/7/2024 |
| 760824 | 30880 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2024bk30880 | 3 Renetta St. Julian-Ba bk | 3/7/2024 |
| 758135 | 34152 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2023bk34152 | 3 Sharon Tyniece Hend bk | 12/3/2023 |
| 757983 | 50861 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 4:2023bk50861 | 4 Daynae Peije Morgar bk | 11/29/2023 |
| 758475 | 34283 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2023bk34283 | 3 Tomiko Marcia Jones bk | 12/14/2023 |
| 758666 | 34371 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2023bk34371 | 3 Ashley Nicole Benne bk | 12/20/2023 |
| 758721 | 34395 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2023bk34395 | 3 David Holmes bk | 12/22/2023 |
| 757745 | 33983 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2023bk33983 | 3 Stacy H. Sirois bk | 11/17/2023 |
| 759029 | 70037 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2024bk70037 | 2 Michael P. Marra anc bk | 1/9/2024 |
| 759173 | 30133 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2024bk30133 | 3 Ronald Allen Miller a bk | 1/14/2024 |
| 759358 | 70112 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2024bk70112 | 2 Soyini Ayanna Martin bk | 1/19/2024 |
| 759894 | 30467 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2024bk30467 | 3 Karle Raymond Gooc bk | 2/7/2024 |
| 760060 | 30534 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2024bk30534 | 3 Asif Shah bk | 2/14/2024 |
| 759211 | 30154 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2024bk30154 | 3 Zane Ling Chen bk | 1/16/2024 |
| 761562 | 31180 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2024bk31180 | 3 James R Rudisill bk | 3/28/2024 |
| 761609 | 70660 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2024bk70660 | 2 Shawn Gregory Burk: bk | 3/29/2024 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 761653 | 31220 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2024bk31220 | 3 Kevin Jerome White bk | 3/30/2024 |
| 761727 | 50241 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 4:2024bk50241 | 4 Ricky Lee Millen bk | 4/2/2024 |
| 761985 | 70765 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2024bk70765 | 2 Robert Lawrence Gre bk | 4/10/2024 |
| 762461 | 31588 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2024bk31588 | 3 Clyde Upshaw Reync bk | 4/24/2024 |
| 750846 | 30947 | 2023 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2023bk30947 | 3 Michael Anthony Wil bk | 3/20/2023 |
| 763059 | 71033 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2024bk71033 | 2 Sharon Chambliss B bk | 5/14/2024 |
| 763052 | 71030 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2024bk71030 | 2 Dawne Angela Ling bk | 5/14/2024 |
| 764320 | 71365 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2024bk71365 | 2 Gregory Ray Wilcox bk | 6/26/2024 |
| 764469 | 32444 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2024bk32444 | 3 Quincy Deward Willi bk | 7/1/2024 |
| 764519 | 32463 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2024bk32463 | 3 Tamika Renee Burrel bk | 7/2/2024 |
| 764819 | 71507 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2024bk71507 | 2 Samantha June Nels bk | 7/12/2024 |
| 764794 | 71501 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2024bk71501 | 2 Karen Jamil Reaves bk | 7/11/2024 |
| 765052 | 71559 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2024bk71559 | 2 Tennell Marie Brown bk | 7/19/2024 |
| 765343 | 11389 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 1:2024bk11389 | 1 Selim Sel bk | 7/30/2024 |
| 765478 | 32870 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2024bk32870 | 3 Latasha Antoinette N bk | 8/1/2024 |
| 765452 | 32853 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2024bk32853 | 3 Alicia Regans bk | 7/31/2024 |
| 765886 | 71761 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2024bk71761 | 2 Derrick Anthony Willi bk | 8/16/2024 |
| 766512 | 33328 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2024bk33328 | 3 India M.R. Riley bk | 9/5/2024 |
| 767072 | 72051 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2024bk72051 | 2 Michael Steven Wilsc bk | 9/24/2024 |
| 767122 | 72063 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2024bk72063 | 2 Sarah Patricia Crowl bk | 9/25/2024 |
| 767246 | 11815 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 1:2024bk11815 | 1 Jill Eidson bk | 9/27/2024 |
| 767354 | 33678 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2024bk33678 | 3 William Turner, III an bk | 10/1/2024 |
| 767388 | 33690 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2024bk33690 | 3 Tania Walker bk | 10/2/2024 |
| 769444 | 34624 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2024bk34624 | 3 Cynthia Annette Tayl bk | 12/6/2024 |
| 769857 | 12362 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 1:2024bk12362 | 1 Angel Muhammad Th bk | 12/20/2024 |
| 770389 | 30125 | 2025 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2025bk30125 | 3 Galen Pomaika'i Mac bk | 1/13/2025 |
| 770394 | 30127 | 2025 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2025bk30127 | 3 Taurean Renard Thor bk | 1/14/2025 |
| 770478 | 70095 | 2025 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2025bk70095 | 2 Joseph Anthony Simc bk | 1/16/2025 |
| 770551 | 30190 | 2025 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2025bk30190 | 3 Gregory M Howard bk | 1/20/2025 |
| 770745 | 30281 | 2025 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2025bk30281 | 3 Jeffrey Donnell Price bk | 1/24/2025 |
| 770795 | 70169 | 2025 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2025bk70169 | 2 Denise Renee Ficco bk | 1/27/2025 |
| 770813 | 30310 | 2025 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2025bk30310 | 3 Latonya Nicole Cock bk | 1/27/2025 |
| 770864 | 50084 | 2025 | vaebk | Richard | Painter | Derrick | aty | 13 | 4:2025bk50084 | 4 Eric Micheal Jones bk | 1/28/2025 |
| 770996 | 70226 | 2025 | vaebk | Richard | Painter | Derrick | aty | 7 | 2:2025bk70226 | 2 David Michael Glaus bk | 1/31/2025 |
| 769433 | 72614 | 2024 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2024bk72614 | 2 Kevin Leron Smith bk | 12/6/2024 |
| 771168 | 30457 | 2025 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2025bk30457 | 3 Rick S. Mark and Cor bk | 2/6/2025 |
| 770957 | 10189 | 2025 | vaebk | Richard | Painter | Derrick | aty | 13 | 1:2025bk10189 | 1 Sameta S Bekele bk | 1/30/2025 |
| 771531 | 30613 | 2025 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2025bk30613 | 3 Brandon Louis Baker bk | 2/20/2025 |
| 771693 | 30693 | 2025 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2025bk30693 | 3 Tajah Jameal Baytop bk | 2/25/2025 |
| 771696 | 30696 | 2025 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2025bk30696 | 3 Thomas Lee Andrews bk | 2/25/2025 |
| 771842 | 30763 | 2025 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2025bk30763 | 3 Chartae Charity and bk | 2/28/2025 |
| 771996 | 30838 | 2025 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2025bk30838 | 3 Mary Helen Whipple bk | 3/4/2025 |

| 772196 | 30914 | 2025 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2025bk30914 | 3 | Alice Marie Pritchett | bk | 3/11/2025 |
| 772424 | 70553 | 2025 | vaebk | Richard | Painter | Derrick | aty | 13 | 2:2025bk70553 | 2 | John Patrick Evans-H | bk | 3/17/2025 |
| 772304 | 30957 | 2025 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2025bk30957 | 3 | Jean Landrum Groga | bk | 3/13/2025 |
| 772507 | 10547 | 2025 | vaebk | Richard | Painter | Derrick | aty | 13 | 1:2025bk10547 | 1 | Jaime Novillo | bk | 3/19/2025 |
| 770224 | 30052 | 2025 | vaebk | Richard | Painter | Derrick | aty | 13 | 3:2025bk30052 | 3 | Cory Michael Grove | bk | 1/7/2025 |