**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that McCabe, Weisberg & Conway, LLC, by counsel, hereby provides notice that Michael T. Cantrell, Esq. (VSB # 92814) withdraws as counsel from the cases on the attached Exhibit as of the day of this Notice.

PLEASE TAKE FURTHER NOTICE additionally that Rachel Feinstein, Esq. (VSB # 98802), an attorney who continues to be employed by McCabe, Weisberg & Conway, LLC, is substituted as counsel in the place of Michael T. Cantrell, Esq. in the cases listed on the attached Exhibit.

All further pleadings, orders and notices should be sent to substitute counsel.

Respectfully submitted,
McCabe, Weisberg & Conway, LLC

*/s/ Michael T. Cantrell, Esq.*
Michael T. Cantrell, Esq.
Bar No. 92814

*/s/ Rachel Feinstein, Esq.*
Rachel Feinstein, Esq., Attorney for Movant
Bar No. 98802
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-3361
bankruptcyva@mccabeesq.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of December, 2025, a copy of the foregoing Notice was electronically transmitted by the Court's electronic mailing system to all parties registered.

*/s/ Michael T. Cantrell, Esq.*
Michael T. Cantrell, Esq.