**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that McCabe, Weisberg & Conway, LLC, by counsel, hereby provides notice that Rachel Feinstein (VSB # 98802) withdraws as counsel from the cases on the attached Exhibit as of the day of this Notice.

PLEASE TAKE FURTHER NOTICE additionally that Michael C. Wylie, Esq. (VSB # 75590), an attorney who continues to be employed by McCabe, Weisberg & Conway, LLC, is substituted as counsel in the place of Rachel Feinstein, Esq. in the cases listed on the attached Exhibit.

All further pleadings, orders and notices should be sent to substitute counsel.

Respectfully submitted,
McCabe, Weisberg & Conway, LLC

*/s/ Rachel Feinstein, Esq.*
Rachel Feinstein, Esq.
Bar No. 98802

*/s/ Michael C. Wylie, Esq*
Michael C. Wylie, Esq.
Attorney for Movant
Bar No. 75590
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-3361
bankruptcyva@mccabeesq.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April, 2026, a copy of the foregoing Notice was electronically transmitted by the Court's electronic mailing system to all parties registered.

*/s/ Rachel Feinstein, Esq.*
Rachel Feinstein, Esq.

Exhibit A

Case No.
Case Title:
1:25-BK-12561-KHK
Courtney Orlando Coombs
3:20-BK-31642-FJS
Gary D. Mitchell and Susan Lanni-Mitchell
3:22-BK-31051-KLP
James Alexander Cook, Jr. and Sharon Miles Cook
3:25-BK-30125-KLP
Galen Pomaika'i MacDaniels
2:24-BK-71507-FJS
Samantha June Nelson
3:25-BK-30457-KLP
Rick S. Mark and Corena J. Mark
3:24-BK-33678-KHK
William Turner, III and Frances Marie Turner
3:25-BK-30310-KLP
Latonya Nicole Cockrell
3:25-BK-30190-KLP
Gregory M Howard
3:25-BK-31789-FJS
Joshua Matthew Ricard
3:25-BK-30281-FJS
Jeffrey Donnell Price and Kimberly Monique Price
3:25-BK-30696-KHK
Thomas Lee Andrews
3:25-BK-31296-KLP
William Edward Barksdale, III and Nikia Lee Barksdale
1:23-BK-10154-KHK
Cornella Carter-Taylor
3:20-BK-33964-KLP
Donnesha Vernelle Smith
2:24-BK-71501-FJS
Karen Jamil Reaves
4:24-BK-50241-FJS
Ricky Lee Millen
3:25-BK-31650-KLP
John Maxwell Spencer and Carolyn Elizabeth Spencer
3:23-BK-30714-FJS
Lloyd Alan Quinn
3:24-BK-31588-KHK
Clyde Upshaw Reynolds and Shannon Lashay Carey-Reynolds

1:25-BK-10771-KHK
Kristina Marie Walsh
3:22-BK-31630-KLP
Alice Michelle Parson
3:23-BK-33983-KLP
Stacy H. Sirois
4:25-BK-50084-SCS
Eric Micheal Jones
3:25-BK-30613-BFK
Brandon Louis Baker, Sr. and Christen Gerbino Baker
1:25-BK-10189-BFK
Sameta S Bekele
2:21-BK-72000-SCS
Donald Lee Ellis, Jr. and Amy Michelle Ellis
1:21-BK-11809-BFK
Timothy A Anderson
3:25-BK-30838-KHK
Mary Helen Whipple
3:25-BK-30914-KLP
Alice Marie Pritchett
3:24-BK-30467-KHK
Karle Raymond Goodman and Barbie Arlette Goodman
3:24-BK-34624-KLP
Cynthia Annette Taylor
3:20-BK-34080-FJS
Donna Taylor
3:24-BK-31180-KLP
James R. Rudisill
3:25-BK-30693-KLP
Tajah Jameal Baytops
3:25-BK-30957-FJS
Jean Landrum Grogan
3:21-BK-30154-KLP
Stan Eli Hornstein and Paula Jean Hornstein
3:22-BK-32398-KLP
Gavin Christopher Landry and Michele Leigh Landry
3:23-BK-30005-KHK
SeyedMohammadAli Zahraei
3:23-BK-32303-KHK
James Konrad Davenport
3:24-BK-32463-KLP
Tamika Renee Burrell
3:24-BK-32853-KLP
Alicia Regans

2:25-BK-70169-SCS
Denise Renee Ficco
3:22-BK-30351-BFK
Miranda Monique Crawley
3:22-BK-33348-KLP
Bonnie Sue Childs
3:25-BK-30630-KLP
Louis Columbus Brown and Cassandra Brown
2:23-BK-71480-SCS
LeAndra Alexis Spruill
3:24-BK-33897-KLP
Calvin Jackson
2:25-BK-70553-SCS
John Patrick Evans-Hylton and Douglas Eugene Stisher
3:23-BK-34152-KLP
Sharon Tyniece Henderson
1:21-BK-11734-BFK
Francisco Antonio Contreras
3:24-BK-32870-KHK
Latasha Antoinette Monroe
2:23-BK-71542-SCS
Gerald Franklin Foley
3:25-BK-31313-FJS
James A Foster, Jr.
3:25-BK-30763-KLP
Chartae Charity and Tiffany Charity
3:22-BK-33469-KLP
Jeremy Robert Vradenburg and Audra Breanne Vradenburg
4:24-BK-50743-FJS
Celestino Felix and Angelina Felix
2:24-BK-70660-SCS
Shawn Gregory Burks
2:24-BK-72051-FJS
Michael Steven Wilson
3:24-BK-30154-KLP
Zane Ling Chen
3:23-BK-33836
Jacquelyn Renee McGurl
3:24-BK-33328-KLP
India M.R. Riley
2:24-BK-72063-FJS
Sarah Patricia Crowling
2:22-BK-70315-SCS
Tirrell Markey Eley

2:23-BK-71677-SCS
Daniel Andrich Cubacub
3:22-BK-33204-FJS
Erica LaKeisha Hilton
3:25-BK-34012-KLP
Alan Charles Thibault
2:21-BK-70694-SCS
Jennifer Nicola Sylvia
2:23-BK-71166-FJS
Keshanda Vernell Garland
2:22-BK-71567-SCS
Sonya Lynette Ricks
3:25-BK-34489-KHK
Charles Edward Dorsey
4:25-BK-51119-SCS
Tyler James Sexton and Danielle Louise Sexton
4:24-BK-50838-FJS
James Edward Durie, Sr.
1:24-BK-12362 -KHK
Angel Muhammad Thomas
3:23-BK-33698-KLP
Christopher David Morris and Michele Diane DeRusha-Morris
2:24-BK-71030-FJS
Dawne Angela Ling
3:18-BK-30267-KLP
Tyrone Aaron Goins, Sr.
3:19-BK-33021-KLP
Candace S. Hembrick
3:19-BK-33415-FJS
Joseph B. Marsala, Jr. and Kelly L. Marsala
3:19-BK-34000-BFK
Sharon D Ross
3:19-BK-34454-KLP
Katina Latrice Gilliam
3:19-BK-36369-KLP
Steven Anthony Henry and Carol Ann Henry
3:20-BK-31696-FJS
Mark Albert Hovanec and Raymond Wayne Allen
3:20-BK-34761-KHK
John M Johnson and Erin C Johnson
3:20-BK-34893-BFK
Justin Randal Jones and Dezzirae Michelle Watson-Jones
3:21-BK-30095-FJS
Jeffrey Paul Allison and Jeannie Kay Sweet Allison

3:21-BK-30802-KLP
Christopher Ray Hodges
4:21-BK-50211-FJS
Sandra Houle Bradshaw
3:21-BK-32423-KHK
Monica DeEtte Williams
3:21-BK-33862-KLP
Johnathan Carlyle Sayles
1:22-BK-10192-BFK
Craig William Donovan
2:22-BK-70363-SCS
Steven Alan Kayer and Marilyn Gowin Kayer
3:22-BK-30706-KLP
Gregory Donald Hargett and Ann Elizabeth Hargett
1:22-BK-10671-BFK
Celina M Yaya
3:22-BK-31500-KLP
Leonard Bernard Rainey
1:22-BK-10978-BFK
Marian L Stiffler
3:22-BK-32269-BFK
Brian Levon Wyatt
3:22-BK-32355-FJS
Cindy L. Dillon
4:22-BK-50639-FJS
Brittany Ann Hull
3:22-BK-33307-KLP
Shauna Brooks
2:22-BK-72050-FJS
James William Bryant
3:22-BK-33666-FJS
Heather Hicks Garrett
3:23-BK-30125-KLP
Lanny Dean Gantz, Jr. and Misty Elizabeth Gantz
4:23-BK-50126-FJS
Brenda Darlene Whitley
3:23-BK-30947-KLP
Michael Anthony Wilson, Jr.
3:23-BK-30973-KLP
William Richard Cowling, III
3:23-BK-31062-KLP
Susan Renee Pearson Barlow
2:23-BK-70630-FJS
Frank Daniel Clements and Elizabeth Ann Clements

4:23-BK-50301-SCS
Daphney Lynn Manor
1:23-BK-10795-BFK
Shafi Mohammed Barakzai
4:23-BK-50388-FJS
Emily Lorene Patterson
2:23-BK-71109-SCS
Irma Torres-Minney
3:23-BK-32177-BFK
Sean I. Tinsley
2:23-BK-71435-FJS
Jason F. Gross and Alicia R. Gross
2:23-BK-71569-FJS
Christopher John Setliff and Jeanine Antionette Setliff
4:23-BK-50831-SCS
Corey Lee Condon and Candice Marie Condon
4:23-BK-50861-FJS
Daynae Peije Morgan Robinson
3:23-BK-34283-FJS
Tomiko Marcia Jones
2:24-BK-70037-SCS
Michael P. Marra and Kathryn S. W. Marra
2:24-BK-70112-SCS
Soyini Ayanna Martin
4:24-BK-50161-SCS
Andrew Michael Shoen
3:24-BK-30880-KLP
Renetta St. Julian-Ball
3:24-BK-31220-KLP
Kevin Jerome White
3:24-BK-32444-BFK
Quincy Deward Williams and Regina Michelle Williams
2:24-BK-71948-SCS
Doris Ann Hawkins
1:24-BK-11815-KHK
Jill Eidson
2:24-BK-72352-SCS
Michael David Wheeler and Brittani Nicole Wheeler
3:25-BK-30052-KLP
Cory Michael Grove
1:25-BK-10519-BFK
Dulce Gabriela Cazon Guzman and Carlos Fernando Montoya-Haro
4:25-BK-50426-FJS
Donald Lynn Hickman, Jr. and Jennifer Kay Hickman

3:26-BK-30044-KLP
Taurean Renard Thomas
4:25-BK-51144-FJS
Clayton Wayne Lloyd and Karen Hudgins Lloyd
3:25-BK-33464-BFK
Kevita Robinson
3:25-BK-32655-KLP
Shauntae Yevette Mealy
1:26-BK-10116-KHK
Stephanie Jimenez and Roberto Carlos Jimenez
1:26-BK-10126-KHK
Tiana Marie Ramos
1:26-BK-10225-BFK
Wagner Pimenta De Carvalho and Juraciara B. Coelho De Carvalho
1:25-BK-12170-KHK
Angella Charmaine Ogalo
1:25-BK-11457-KHK
Kaz Sloane Rivera
3:20-BK-34916-KLP
Randall R Taylor, Sr.
3:23-BK-32816-BFK
Melodie Bobko
2:26-BK-70751-SCS
Zachary William Gillen
3:26-BK-30021-KLP
Timothy Joseph Woodruff and Donna Lee Woodruff
3:26-BK-30640-KLP
Joanne Jarrelle Jones