# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

**In RE:**

JILL EIDSON

**Debtor(s)**

**Chapter:**  13

**Claim Number:** 14

**Case Number:** 24-11815

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor, **Mission Lane LLC**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

[ ] Notice only          [√] Payment only          [ ] Notice & Payment

## PAYMENT ADDRESS

FROM:

Mission Lane LLC by AIS Infosource, LP as agent

PO Box 4457

Houston, TX 77210

TO:

Mission Lane LLC by AIS Infosource, LP as agent

PO Box 661380

Dallas,TX 75266-1380

Date:  08/12/2026

/s/ Samir Vaghela

Creditor's Authorized Agent for Mission Lane LLC

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**In RE:**

                                      **Chapter:**   13

  JILL EIDSON                                **Case Number:** 24-11815

**Debtor(s)**

**Certificate of Service**

I certify that on 08/12/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
DANIEL M PRESS
DPRESS@CHUNG-PRESS.COM

Trustee
THOMAS P GORMAN
ch13alex@gmail.com

/s/ Samir Vaghela
_____

Samir Vaghela
AIS InfoSource, LP
4515 N Santa Fe Ave.
Oklahoma City, OK 73118
877-893-8820
POC_AIS@aisinfo.com