**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
ALEXANDRIA DIVISION

|                   |     |                    |
|-------------------|-----|--------------------|
| In re             | )   |                    |
|                   | )   |                    |
| Jill Eidson       | )   |                    |
|                   | )   | No. 24-11815-KHK   |
| Debtor.           | )   | Chapter 13         |
|                   | )   |                    |

**NOTICE OF CHANGE OF COUNSEL'S  ADDRESS**

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

Dated: August 14, 2026.

 /s/ Daniel M. Press
Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, the Chapter 13 Trustee, and all parties requesting notice by CM/ECF.

_/s/ Daniel M. Press_____
Daniel M. Press